Opinion issued August 16, 2007

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00624-CV






IN RE BP PLAINTIFFS' STEERING COMMITTEE, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, BP Plaintiffs' Steering Committee,
challenges the trial court's (1) July 5, 2007 order denying relator's motion to disqualify
attorney Ronald Krist.

 We deny the petition for writ of mandamus.

 PER CURIAM



Panel consists of Chief Justice Radack and Justices Taft and Alcala.

1. 
 
 ---